1034

THE STATE OF WASHINGTON, *Appellant*, v. CHRISTINE SHERRILL, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-00878-7, Gerald L. Knight, J., entered February 9, 2000. *Remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Appellant*, v. RONALD NELSON BART, *Respondent*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 99-1-01788-3, Gerald L. Knight, J., entered March 3, 2000. *Remanded* by unpublished per curiam opinion.

*In the Matter of the Sentence of* RODERICK A. PULLAR.

Postsentence petition filed by the Department of Corrections seeking review of a sentencing decision. *Remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Appellant*, v. ANDREW SMITH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-07185-7, Jeanette R. Burrage, J., entered July 10, 2000. *Remanded* by unpublished per curiam opinion.